**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ADAM WARD,<br>Plaintiff,<br>v.<br>LIBERTY MUTUAL INSURANCE COMPANY,<br>Defendant. | Case No. 1:24cv10526-BEM<br><br>Hon. Brian E. Murphy |

**DEFENDANT'S ASSENTED-TO MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL IN ITS MOTION FOR SUMMARY JUDGMENT**

Defendant Liberty Mutual Insurance Company ("Liberty") hereby files this Assented-To Motion for Leave to file certain exhibits to its forthcoming Motion for Summary Judgment under seal. Plaintiff Adam Ward assents to the Motion to Seal.

Defendant will file its Motion for Summary Judgment on July 31, 2026. In support of that Motion, Defendant will attach the following exhibits to its Statement of Material Facts of Record, which it seeks leave to file under seal:

- **Exhibit A:** Affidavit of Ryan Hemker, Liberty Mutual Insurance Company
    - The affidavit contains potentially "confidential" information and proprietary information.
- Exhibit A-1: List of Consumers who became Policyholders
    - This list contains potentially "confidential" information, The list also contains Personally Identifiable Information ("PII").
- **Exhibit B:** Declaration of Darin Ginther, All Web Leads, Inc.

  - The affidavit contains potentially "confidential" information and proprietary information.
- **Exhibit C:** Jornaya Report
  - The Jornaya report is designated "confidential", as it may contain proprietary and confidential information. The report also contains PII.
- **Exhibit D:** Deposition of Plaintiff Adam Ward
  - The deposition transcript contains PII and other "confidential" information.
- **Exhibit E**: Deposition of Expert David Kalat
  - The deposition transcript contains potentially "confidential" information and PII.
- **Exhibit F**: Complaints to Liberty from Policyholders/Former Policyholders
  - The spreadsheet contains PII and other "confidential" information.
- **Exhibit G**: Affidavit of Krista Young
  - The affidavit contains potential "confidential" information and other proprietary information.
- **Exhibit H**: Affidavit of Michael Wettergren
  - The affidavit contains potential "confidential" information and other proprietary information.
- **Exhibit I**: Declaration of Aaron Woolfson
  - The declaration contains potential "confidential" information and PII.
- **Exhibit J**: Liberty Mutual Policies and Procedures
  - The documents contain potential "confidential" information and other proprietary information.

The above referenced documents summarize, discuss, and contain information that Liberty has designated "*Highly Confidential*" and/or "*Confidential.*" Under Local Rule 7.2(c), "[m]otions for impoundment must be filed and ruled upon **prior** to submission of the actual material sought to be impounded, unless the court orders otherwise." D. Mass. Local Rule 7.2(c) (emphasis added). This Court has broad discretion to permit filings under seal. *See United States v. Kravetz*, 706 F.3d 47, 61 (1st Cir. 2013) (recognizing that the "trial court enjoys considerable leeway" in making decisions regarding sealing). The decision of whether to allow filing under seal is based on a balance between the need for confidentiality and the public interest in disclosure. *See id.* at 62; *United States v. Salemme*, 985 F. Supp. 193, 195-96 (D. Mass. 1997). Courts "should consider the degree to which the subject matter is traditionally considered private rather than public." *Kravetz*, 706 F.3d at 62.

Defendant accordingly moves to file the Proposed Sealed Materials under seal because they summarize, discuss, and contain information that the Defendants have designated "*Highly Confidential*" and/or "*Confidential*" under the governing Protective Order that was entered by this Court. If the Court grants the foregoing Motion, Defendant will file redacted versions of its Proposed Sealed Materials on the public docket and submit unredacted versions under seal, and/or comply with any other method of submission that the Court prefers. For the foregoing reasons, Defendant respectfully requests that this Court grant this Motion to Seal. Plaintiff's counsel consents to the relief sought in this Motion to Seal.

Respectfully submitted,

**LIBERTY MUTUAL INSURANCE COMPANY**,

By its attorneys,

*/s/ Patrick S. Tracey*
Patrick S. Tracey, BBO No. 659626
Saul Ewing LLP
131 Dartmouth St., Suite 501
Boston, MA 02116
(617) 912-0947
patrick.tracey@saul.com

James A. Morsch (*pro hac vice*)
SAUL EWING LLP
161 North Clark, Suite 4200
Chicago, IL 60601
Jim.Morsch@saul.com

Dated: July 31, 2026

**CERTIFICATE OF SERVICE**

I, Patrick S. Tracey, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 31, 2026.

*/s/ Patrick S. Tracey*
Patrick S. Tracey