**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **ADAM WARD,** *individually and on behalf of others similarly situated,*<br><br>*Plaintiff,*<br><br>vs.<br><br>**LIBERTY MUTUAL INSURANCE COMPANY,**<br><br>*Defendant.* | ) | **Case No.: 1:24-cv-10526-BEM** |

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH CLASS NOTICE PLAN**

TO THE HONORABLE JUDGE MURPHY:

Plaintiff, Adam Ward, hereby gives notice to the Court that Plaintiff has complied with the Class Notice Plan established in his Motion for Approval of Class Notice Plan (Dkt. 81), which was approved by the Court on July 13, 2026 (Dkt. 82). As set forth in the attached Declaration of Laura Hodson, Project Manager at Simpluris, Inc., the selected settlement administrator in this matter, Simpluris sent notice to Class Members via postcard notice through USPS mail, and email notice where available. *See* Hodson Decl. Where the Opt-Out Deadline was September 14, 2026, Simpluris has received **one** (1) exclusion from a class member. *Id.*

Dated: October 30, 2026

Respectfully Submitted:

KIMMEL & SILVERMAN, P.C.

*/s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq. (*phv*)
30 East Butler Avenue
Ambler, PA 19002
Telephone: (267) 468-5374
Fax: (877) 788-2864
jginsburg@creditlaw.com

teamkimmel@creditlaw.com

THE WEITZ FIRM, LLC

*/s/ Max S. Morgan*
Max S. Morgan (*phv*)
1515 Market Street Ste #1100
Philadelphia, PA 19102
Phone : 267-587-6240
Fax: 215-689-0875
Email: Max.Morgan@theweitzfirm.com

BURKE LAW OFFICES, LLC

*/s/ Alexander H. Burke*
Alexander H. Burke
909 Davis Street, Suite 500
Evanston, IL 60201
(312) 729-5288
ABurke@BurkeLawLLC.com
*Attorneys for Plaintiff, Adam Ward and the Certified Classes*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Plaintiff's Notice of Compliance of Class Notice Plan was served upon counsel of record for all parties by email, on October 30, 2026.

*/s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq.