**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MASSACHUSETTS**

**ADAM WARD,**

***Plaintiff,***

**vs.**

**LIBERTY MUTUAL INSURANCE COMPANY,**

***Defendant.***

**Civil Action No. 24-10526-BEM**

**DECLARATION OF LAURA HODSON REGARDING NOTIFICATION**

## DECLARATION OF LAURA HODSON

I, LAURA HODSON, declare the following facts to be true and correct and if called as a witness would testify competently to the same:

1. I am employed as a Project Manager by Simpluris, Inc. ("Simpluris"), the claims administrator in the above-entitled action. My business address is 3194-C Airport Loop Drive, Costa Mesa, CA 92626. My telephone number is (714) 881-3668. I am over 21 years of age and authorized to make this declaration on behalf of Simpluris and myself.

2. Simpluris is a class action Settlement Administration Company headquartered in Costa Mesa, California. It was founded by individuals who have each managed thousands of Settlements along with professionals in the areas of software development, third-party claims administration, mail-house operations and call center support management.

3. Simpluris was appointed by the Court as Notice Administrator and has been responsible, among other things, for: (a) printing, mailing and emailing the Court Approved Notice of Class Action Lawsuit ("Class Notice"); (b) establishing and maintaining a calendar of administrative deadlines and responsibilities; (c) receiving and validating any requests for exclusion; and (d) establishing a case-specific website for members to view information about the lawsuit and case-related documents and submit a Request for Exclusion.

## TOLL FREE TELEPHONE HELPLINE

4. A toll-free telephone number was included in the Class Notice for the purpose of allowing the Members to call Simpluris and to make inquiries regarding the Lawsuit. The system is accessible 24 hours a day, 7 days a week, and will remain in operation throughout the process of the Lawsuit. Callers have the option to speak with a live call center representative during normal business hours or to leave a message and receive a return call during non-business hours. The toll-free telephone number included in the Class Notice was (833) 421-7362.

**CASE WEBSITE**

5. Members can visit www.LibertyTCPAclassaction.com to download copies of the Order approving the Class Notice Plan, the Motion for Approval of the Class Notice Plan, the Complaint, the Order and Opinion Granting Class Certification, the Long Form Notice, and the Opt Out Form. The website URL was set forth in Class Notice. The documents were posted on or before July 28, 2026, and are accessible 24 hours a day, 7 days a week.

**NOTIFICATION TO THE CLASS**

6. On July 15, 2026, Simpluris received the Court-approved Notice from Plaintiff's Counsel. The Notice advised Members of their right to opt out from the Lawsuit, or do nothing, and the implications of each such action. The Notice advised Members of applicable deadlines, and how Members could obtain additional information. A true and correct copy of an exemplar Notice is attached hereto as "**Exhibit A**".

7. On July 16, 2026, Plaintiff's Counsel provided Simpluris with a mailing list containing the name, last known address, telephone number affected by the Lawsuit, and last known email addresses. The Class Data contained data for twenty-one thousand four hundred and eighty-six (21,486) unique Members.

8. The mailing addresses contained in the Class Data were processed and updated utilizing the National Change of Address Database ("NCOA") maintained by the U.S. Postal Service. The NCOA contains changes of address filed with the U.S. Postal Service. In the event that any individual had filed a U.S. Postal Service change of address request, the address listed with the NCOA was utilized in connection with the mailing of the Notices.

9. On July 28, 2026, after updating the mailing addresses through the NCOA, Notices were mailed via First Class Mail to twenty-one thousand four hundred and eighty-six (21,486) Members and emailed to eighteen thousand two hundred and ninety-six (18,296) members with valid email addresses contained in the Class Data. As of this date, five thousand and twenty-eight (5,028) Notices were returned by the post office. Two thousand four hundred and two (2,402) Notices were re-mailed to either a newfound address, with forwarding addresses provided by the United States

Postal Service or at the request of the Class Member. Ultimately, after additional searches, two thousand six hundred and eighty-three (2,683) Notices remain undeliverable. Of the eighteen thousand two hundred and ninety-six email Notices, a total of one thousand one hundred and eighty (1,180) were undeliverable.

**REQUESTS FOR EXCLUSION**

10. The deadline for Class Members to submit a Request for Exclusion was September 14, 2026.

11. As of this date, Simpluris has received one (1) Request for Exclusion from a Member.

**ADMINISTRATION COSTS**

12. Simpluris' total costs for services in connection with the administration of this Settlement, including fees incurred and anticipated future costs for completion of the administration, are $29,267.00.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 29th day of October 2026, in Atlanta, Georgia.

*Laura Hodson*

______________________________
Laura Hodson